KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA V. ANDERSON, | ) |
| Plaintiff, | ) CIVIL NO.  05-01331 EDL |
| v. | ) STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 45 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on September 19, 2005, pursuant to Civil L.R.16-5. Defendant's response is now due on November 4,

///
///
///
///
///
///
///

---

[1]  See attached Declaration of Katherine Loo.

2005.

This is defendant's first request.

Dated: August 23, 2005

/s/
MATTHEW L. HOWARD
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: August 24, 2005    By: _____
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 25, 2005

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

ANDERSON, EXT.MXSJ (kl)
C 05-01331 EDL                                2