1  LAW OFFICES OF M. L. HOWARD, M.D.
   Matthew L. Howard, Esq. (CSBN 168059)
2  P.O. Box 727
   Ukiah, CA 95482-0727
3  Telephone: (707) 462-9592

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br><br>        Commissioner of<br>        Social Security,<br><br>        Defendant. | CIVIL NO. 05 1331 EDL<br><br>**STIPULATION TO HEARING DATE**<br><br>& ORDER (AS MODIFIED TO<br>VACATE HEARING DATE) |

FACTS

1. On February 22, 2006, the Court entered its Judgment and Order remanding Plaintiff's claim for further proceedings pursuant to sentence 4, 42 U.S.C. 405(g)

2. On March 18, 2006 Plaintiff filed her Motion and Petition for an award of attorney fees pursuant to the Equal Access to Justice Act.

3. On March 27, 2006, the Court entered its Order for a hearing on Plaintiff's Motion to be held May 2, 2006.

4. Because Plaintiff's counsel has a conflict with the date set, the undersigned and Katherine Loo, Office of General Counsel, Social Security Administration, counsel for Defendant, met and conferred and agreed, in conjunction with the Court's calendar clerk, to a mutually acceptable date for the ordered hearing.

## STIPULATION

1. Be it therefore stipulated, subject to approval by the Court, that the Hearing on Plaintiff's Motion for EAJA fees shall be held in Courtroom E, 15th Floor, San Francisco on Tuesday,

> The hearing on Plaintiff's motion for EAJA fees is vacated. The Court shall notify the parties in the event that it believes a hearing is necessary. The Court will also schedule a hearing if the parties request one.

Date: 3

_____
MATTHEW L. HOWARD,
Attorney for Plaintiff

KEVIN V. RYAN,
United States Attorney

Date: 3/30/06          By: _____
SARA WINSLOW,
Assistant United States Attorney
Attorney for Defendant

APPROVED AND SO ORDERED: AS MODIFIED

Date: March 31, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte
United States Magistrate Judge

Stipulation to Hearing Date
Anderson v Barnhart C 05-1331 EDL